FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.: *ED 13-394m*
                                     )
12              Plaintiff,           )   ORDER OF DETENTION PENDING
                                     )   FURTHER REVOCATION
13        v.                         )   PROCEEDINGS
                                     )   (FED. R. CRIM. P. 32.1(a)(6); 18
14  *James Robert Mitchell*          )   U.S.C. § 3143(a)(1))
                                     )
15              Defendant.           )
    _____)

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the ___*Southern*___ District of

18  ___*California*___ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A. (X)   The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (X)   information in the Pretrial Services Report and Recommendation

26          (X)   information in the violation petition and report(s)

27          (X)   the defendant's nonobjection to detention at this time

28          ( )   other: _____

                                    1

1    and/ or

2  B. (X)    The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the

4         safety of any other person or the community if released under 18 U.S.C.

5         § 3142(b) or (c).  This finding is based on the following:

6         (X)    information in the Pretrial Services Report and Recommendation

7         (X)    information in the violation petition and report(s)

8         (X)    the defendant's nonobjection to detention at this time

9         ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: August 8, 2013

15                                    SHERI PYM
                                      United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2